**JUDGE SCHEINDLIN**

09 CV 7459

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Prediction Company LLC.,

            Plaintiff,

- against -

Abhishek Rajgarhia,

           Defendant.

Case No.

**RULE 7.1 DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Prediction Company LLC. ("Prediction"), a Delaware limited liability company, certifies, by and through its undersigned counsel, that its only publicly held affiliate is UBS AG.

Dated: August 25, 2009

By: _____
Victoria A. Cundiff

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022-3205
(212) 318-6000

Counsel for Plaintiff
Prediction Company LLC.