# EXHIBIT 2

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance

## Comprehensive Report

**Comprehensive Report**
**Date:** 03/02/10

**Report processed by:**
Paul Hastings Janofsky & Walker LLP - New York
75 East 55th Street
New York, NY 100223205
212-318-6619 Main Phone
212-230-7608 Fax

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

### Subject Information
(Best Information for Subject)

Name: ABHISHEK RAJGARHIA
Date of Birth: 1/xx/1982
Age: 28
SSN: 308-27-xxxx issued in **Indiana** between **9/2/2003** and **4/1/2005**
View All SSN Sources

### AKAs
(Names Associated with Subject)

ABHISHEK RAJGARIA
   DOB: **1982**  Age: **28**   SSN: 308-27-xxxx

### Indicators

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

## Address Summary

✓ 2550 YEAGER RD APT 1-1, W LAFAYETTE IN 47906-4035, TIPPECANOE COUNTY (Jan 2004 - Sep 2006)

621 W ALAMEDA ST APT A, SANTA FE NM 87501-1442, SANTA FE COUNTY (Jul 2008 - Feb 2010)

200 W GRAND AVE APT 703, CHICAGO IL 60654-4474, COOK COUNTY (Oct 2009)

101 PASEO DE PERALTA, SANTA FE NM 87501-1857, SANTA FE COUNTY (Oct 2009)
 Phone at address: 505-955-9500 **BANK OF AMERICA**
                   505-955-9501 **BANK OF AMERICA**

99 JOHN ST APT 1407, NEW YORK NY 10038-2925, NEW YORK COUNTY (Aug 2009 - Sep 2009)

100 WELLS ST APT 917, HARTFORD CT 06103-2923, HARTFORD COUNTY (Sep 2005 - Sep 2008)
 Phone at address: 860-522-7642 **HAIDET PETER**

638 E PALACE AVE, SANTA FE NM 87501-2228, SANTA FE COUNTY (Jul 2008)

2400 YEAGER RD APT 2, W LAFAYETTE IN 47906-1840, TIPPECANOE COUNTY (May 2005 - Aug 2006)

2854 EDMOND ST, LAS VEGAS NV 89146-6830, CLARK COUNTY (Jun 2005 - Jan 2006)

5515 PARKCENTER CIR, DUBLIN OH 43017-3584, FRANKLIN COUNTY (Oct 2005)
 Phone at address: 614-718-6900 **FINANCIAL SERVICES**
                   614-793-5302 **NATIONWIDE INSURANCE**
                   614-766-3290 **NATIONWIDE INSURANCE COMPANY**

2550 YEAGER RD APT 1-2, W LAFAYETTE IN 47906-4035, TIPPECANOE COUNTY (Jan 2004 - Aug 2005)

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

## Comprehensive Report Summary: (Click on Link to see detail)

Bankruptcies:
   None Found
Liens and Judgments:
   2 Found
UCC Filings:
   None Found

Phones Plus:
  1 Found
People at Work:
  None Found
Driver's License:
  1 Found
Address(es) Found:
  1 Verified and 10 Non-Verified Found
Possible Properties Owned:
  None Found
Motor Vehicles Registered:
  1 Found
Possible Criminal Records:
  None Found
Professional Licenses:
  None Found
Possible Associates:
  None Found

## Bankruptcies:

[None Found]

## Liens and Judgments:

Filing Number: 79D040506SC2840
Filing Type: SMALL CLAIMS JUDGMENT
Location: TIPPECANOE SUPERIOR COURT
State: IN
Original Filing Date: 7/15/2005
Amount: $972
Debtor Name: ABHISHEK RAJGARHIA
Debtor SSN: 308-27-xxxx
Debtor Address: 2400 YEAGER RD APT 2, W LAFAYETTE  IN 47906-1840
Debtor Name: ADVANI PARASH
Debtor SSN:
Debtor Address: 2400 YEAGER RD APT 2, W LAFAYETTE  IN 47906-1840
Creditor: EVERGREEN RENTALS

Filing Number: 79D040506SC2840
Filing Type: CIVIL NEW FILING
Location: TIPPECANOE SUPERIOR COURT
State: IN
Original Filing Date: 6/9/2005
Amount:
Debtor Name: ABHISHEK RAJGARHIA
Debtor SSN: 308-27-xxxx
Debtor Address: 2400 YEAGER RD APT 2, W LAFAYETTE  IN 47906-1840
Debtor Name: ADVANI PARASH
Debtor SSN:
Debtor Address: 2400 YEAGER RD APT 2, W LAFAYETTE  IN 47906-1840
Creditor: EVERGREEN RENTALS

## UCC Filings:
[None Found]

## Phones Plus(s):
Name: ABHISHEK RAJGARHIA
Address: 621 W ALAMEDA ST APT A, SANTA FE  NM 87501-1442
Phone Number: 505-983-0488 - MST
Carrier: QWEST CORPORATION - (SANTA FE, NM)

## People at Work:

[None Found]

## Driver's License Information:
Name: ABHISHEK RAJGARHIA
DL Number: xxxxxxxxx
State: Connecticut
License Address: 100 WELLS ST APT 917, HARTFORD  CT 06103-2923, HARTFORD COUNTY
DOB: 01/xx/1982
Potential SSN : 308-27-xxxx
Gender: Male
Expiration Date: 01/31/2012
Status: VALID
License Class: Class D (Any motor vehicle that does not require a CDL)
Height: 5'11
Data Source: Governmental
Eye Color: Black
Restrictions: Corrective Lenses

## Address Summary: View All Address Variation Sources

✓ 2550 YEAGER RD APT 1-1, W LAFAYETTE IN 47906-4035, TIPPECANOE COUNTY (Jan 2004 - Sep 2006)
621 W ALAMEDA ST APT A, SANTA FE NM 87501-1442, SANTA FE COUNTY (Jul 2008 - Feb 2010)
200 W GRAND AVE APT 703, CHICAGO IL 60654-4474, COOK COUNTY (Oct 2009)
101 PASEO DE PERALTA, SANTA FE NM 87501-1857, SANTA FE COUNTY (Oct 2009)
99 JOHN ST APT 1407, NEW YORK NY 10038-2925, NEW YORK COUNTY (Aug 2009 - Sep 2009)
100 WELLS ST APT 917, HARTFORD CT 06103-2923, HARTFORD COUNTY (Sep 2005 - Sep 2008)
638 E PALACE AVE, SANTA FE NM 87501-2228, SANTA FE COUNTY (Jul 2008)
2400 YEAGER RD APT 2, W LAFAYETTE IN 47906-1840, TIPPECANOE COUNTY (May 2005 - Aug 2006)
2854 EDMOND ST, LAS VEGAS NV 89146-6830, CLARK COUNTY (Jun 2005 - Jan 2006)
5515 PARKCENTER CIR, DUBLIN OH 43017-3584, FRANKLIN COUNTY (Oct 2005)
2550 YEAGER RD APT 1-2, W LAFAYETTE IN 47906-4035, TIPPECANOE COUNTY (Jan 2004 - Aug 2005)

## Active Address(es): View All Address Variation Sources

✓ 2550 YEAGER RD APT 1-1, W LAFAYETTE IN 47906-4035, TIPPECANOE COUNTY (Jan 2004 - Sep 2006)
**Name Associated with Address:**
ABHISHEK RAJGARIA
**Property Ownership Information for this Address**
Property:
Parcel Number -
Name Owner : HUNTER LAFAYETTE PROPS LLC
Property Address: - 2550 YEAGER RD, W LAFAYETTE IN 47906-1378, TIPPECANOE COUNTY
Owner Address: 2201 MAIN ST, EVANSTON IL 60202-1519, COOK COUNTY
Name of Seller : LAFAYETTE
Data Source - A

## Previous And Non-Verified Address(es): View All Address Variation Sources

621 W ALAMEDA ST APT A, SANTA FE NM 87501-1442, SANTA FE COUNTY (Jul 2008 - Feb 2010)
**Name Associated with Address:**
ABHISHEK RAJGARHIA
**Current Residents at Address:**
JOLANTA GURDEK
ABHISHEK RAJGARHIA
**Property Ownership Information for this Address**
Property:
Parcel Number - 910012247
Name Owner : SANCHEZ EARL R
Property Address: - 621 W ALAMEDA ST APT A, SANTA FE NM 87501-1442, SANTA FE COUNTY
Owner Address: 621 W ALAMEDA ST APT A, SANTA FE NM 87501-1442, SANTA FE COUNTY
Total Market Value - $278,500
Assessed Value - $92,833
Improvement Value - $278,500
Name of Seller : GILORTEANU ION V & NANCY M
Loan Amount - $220,000
Loan Type - CONVENTIONAL
Lender Name - HOMEWISE INC
Data Source - A

200 W GRAND AVE APT 703, CHICAGO IL 60654-4474, COOK COUNTY (Oct 2009)
**Name Associated with Address:**
ABHISHEK RAJGARIA
**Current Residents at Address:**
VISHAL K DIDWANIA
SMRITI RAJGARHIA
**Property Ownership Information for this Address**
Property:
Parcel Number -
Name Owner : DIDWANIA, SURESH K & RENU D
Property Address: - 200 W GRAND AVE APT 703, CHICAGO IL 60654-4474, COOK COUNTY
Owner Address: 200 W GRAND AVE APT 703, CHICAGO IL 60654-4474, COOK COUNTY
Data Source - A

101 PASEO DE PERALTA, SANTA FE NM 87501-1857, SANTA FE COUNTY (Oct 2009)
**Name Associated with Address:**
ABHISHEK RAJGARIA
**Current phones listed at this address:**
505-955-9500 BANK OF AMERICA

505-955-9501 BANK OF AMERICA

**Property Ownership Information for this Address**
Property:
Parcel Number - 010251648
Name Owner : BERTRAM LEONARD R
Name Owner 2: BERTRAM EMMA C
Property Address: - 101 PASEO DE PERALTA, SANTA FE NM 87501-1857, SANTA FE COUNTY
Owner Address: 101 N TRYON ST, CHARLOTTE NC 28255-0001, MECKLENBURG COUNTY
Total Market Value - $236,966
Assessed Value - $78,988
Land Value - $236,966
Data Source - A

99 JOHN ST APT 1407, NEW YORK NY 10038-2925, NEW YORK COUNTY (Aug 2009 - Sep 2009)
**Name Associated with Address:**
ABHISHEK RAJGARIA
**Property Ownership Information for this Address**
Property:
Parcel Number -
Name Owner : 99 JOHN ST LLC
Property Address: - 99 JOHN ST, NEW YORK NY 10038-2903, NEW YORK COUNTY

Owner Address: 290 PARK AVE, NEW YORK NY 10017-1218, NEW YORK COUNTY
Data Source - A

100 WELLS ST APT 917, HARTFORD CT 06103-2923, HARTFORD COUNTY (Sep 2005 - Sep 2008)
**Name Associated with Address:**
ABHISHEK RAJGARHIA
860-522-7642 HAIDET PETER

**Property Ownership Information for this Address**
Property:
Parcel Number - HTFD-000422-000007-000461
Book - 5124
Page - 88
Name Owner : SAI YEE HWA
Name Owner 2: CHAN CATHY
Property Address: - 100 WELLS ST APT 917, HARTFORD CT 06103-2923, HARTFORD COUNTY
Owner Address: 100 WELLS ST APT 917, HARTFORD CT 06103-2923, HARTFORD COUNTY
Land Usage - CONDOMINIUM
Assessed Value - $30,410
Year Built - 1978
Data Source - A

638 E PALACE AVE, SANTA FE NM 87501-2228, SANTA FE COUNTY (Jul 2008)
**Name Associated with Address:**
ABHISHEK RAJGARIA
**Property Ownership Information for this Address**
Property:
Parcel Number - 018900651
Book - 617
Page - 727
Name Owner : WELCH, WAYNE & JUDITH
Property Address: - 638 E PALACE AVE, SANTA FE NM 87501-2228, SANTA FE COUNTY
Owner Address: PO BOX 130573, CARLSBAD CA 92013-0573, SAN DIEGO COUNTY
Land Usage - CONDOMINIUM
Total Market Value - $107,481
Improvement Value - $107,481
Data Source - B

2400 YEAGER RD APT 2, W LAFAYETTE IN 47906-1840, TIPPECANOE COUNTY (May 2005 - Aug 2006)
**Name Associated with Address:**
ABHISHEK RAJGARHIA
**Property Ownership Information for this Address**
Property:
Parcel Number - 164-03700-0721
Name Owner : LIN MICHAEL J
Name Owner 2: EMILY J
Property Address: - 2400 YEAGER RD, W LAFAYETTE IN 47906-1814, TIPPECANOE COUNTY
Owner Address: 2400 YEAGER RD, W LAFAYETTE IN 47906-1814, TIPPECANOE COUNTY
Assessed Value - $598,000
Data Source - B

2854 EDMOND ST, LAS VEGAS NV 89146-6830, CLARK COUNTY (Jun 2005 - Jan 2006)
**Name Associated with Address:**
ABHISHEK RAJGARHIA
**Property Ownership Information for this Address**
Property:
Parcel Number -
Name Owner : CONDEMI, JOHN
Property Address: - 2854 EDMOND ST, LAS VEGAS NV 89146-6830, CLARK COUNTY
Owner Address: 5244 CAGNEY CT, LAS VEGAS NV 89103-2503, CLARK COUNTY
Data Source - A

5515 PARKCENTER CIR, DUBLIN OH 43017-3584, FRANKLIN COUNTY (Oct 2005)
**Name Associated with Address:**
ABHISHEK RAJGARHIA
**Current phones listed at this address:**
614-718-6900 FINANCIAL SERVICES

614-793-5302 NATIONWIDE INSURANCE

614-766-3290 NATIONWIDE INSURANCE COMPANY

**Property Ownership Information for this Address**
Property:
Parcel Number -
Name Owner : CAREYBPDUBLIN LLC
Property Address: - 5515 PARKCENTER CIR, DUBLIN OH 43017-3584, FRANKLIN COUNTY
Owner Address: 5600 BLAZER PKWY STE 100, DUBLIN OH 43017-7525, FRANKLIN COUNTY
Name of Seller : TUTTLE CROSSING OWNERS ASSN IN
Data Source - A

2550 YEAGER RD APT 1-2, W LAFAYETTE IN 47906-4035, TIPPECANOE COUNTY (Jan 2004 - Aug 2005)
**Name Associated with Address:**
ABHISHEK RAJGARHIA

## Possible Properties Owned by Subject:
[None Found]

## Motor Vehicles Registered To Subject:

Vehicle:

Description: 2006 BMW 325I - Sedan 4 Door
VIN: WBAVB13586KX36286
State Of Origin: NEVADA
Engine: 6 Cylinder 182 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Immobilizer, Keyless
Roof: Power sun/moon roof
Price: 30900
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard

*Owner(s)*
Name: ABHISHEK RAJGARHIA
Potential SSN: 308-27-xxxx
Address: 5515 PARKCENTER CIR, DUBLIN  OH 43017-3584, FRANKLIN COUNTY
DOB: 1/xx/1982
Sex: Male
Age: 28
Title Number: NV000338459-3
Title Status: Original
Title Issue Date: 9/1/2005

*Lien Holder(s)*
Record Type: CURRENT

## Possible Criminal Records:
[None Found]

## Professional License(s):
[None Found]

## Possible Associates:
[None Found]

## Source Information:
All Sources                         15 Source Document(s)
Liens and Judgments                  2 Source Document(s)
Driver Licenses                      1 Source Document(s)
Motor Vehicle Registrations          2 Source Document(s)
Person Locator 1                     1 Source Document(s)
PhonesPlus Records                   1 Source Document(s)
Historical Person Locator            4 Source Document(s)
Utility Locator                      4 Source Document(s)