UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PREDICTION COMPANY LLC,

               Plaintiff,

    - against -

ABHISHEK RAJGARHIA

               Defendant.

Civil Action No. 09cv7459 (SAS)

Affidavit of Service

---

    Dennis Cairns, being duly sworn, deposes and says:

    I am over the age of eighteen years, reside in Queens, New York and am not a party to this action. On the 23rd day of March, 2010, at approximately 4:30 P.M., at the law offices of Friedman Kaplan Seiler & Adelman LLP, Deponent served a true and correct copy of the document described as Summons and Complaint in the above entitled action on Lance J. Gotko by delivering to and leaving a true copy of same with Veronica M. Garvey, the Managing Clerk, who is authorized to accept personal service on behalf of Lance J. Gotko.

    On the 23rd day of March, 2010, Deponent also served a copy of Judge Scheindlin's Memorandum and Order dated March 22, 2010 directing service of the Summons and Complaint on Lance J. Gotko by personally delivering and leaving a true and correct copy with Veronica M. Garvey.

    Veronica M Garvey is described as a White female approximately 45 to 55 years of age weighing approximately 175 lbs, stands approximately 5'5" in height with blond hair and wearing glasses.

                                                           Dennis Cairns

Sworn to before me this
24th day of March, 2010

_____
Notary Public

FRANK NUNZIO DAGOSTINO
NOTARY PUBLIC, State of New York
No. 01DA4996102
Qualified in New York County
Commission Expires May 11, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prediction Company LLC,

                Plaintiff,

- against -

Abhishek Rajgarhia,

                Defendant.

Case No. 09-Civ 7459 (SAS)

Affidavit of Service

Eugene Lee, being duly sworn, deposes and says:

I am over the age of eighteen years, reside in New York, New York, and am not a party to this action. On the 23rd Day of March, 2010, at approximately 5:16 p.m., Deponent served a true and correct copy of the documents described as the Summons and Complaint in the above entitled action on Defendant Abhishek Rajgarhia, pursuant to the Memorandum and Order entered by Judge Scheindlin on March 22, 2010 (the "Order"), by sending Defendant Rajgarhia an email (on which his counsel, Lance Gotko, was copied), attaching the aforementioned documents (the "Email").

On the 23rd day of March, 2010, Deponent also served upon Defendant Rajgarhia a true and correct copy of the Order, which grants Plaintiff leave to serve Defendant Rajgarhia by sending the Summons and Complaint to the email address that Defendant had previously used to communicate with Plaintiff, by attaching the Order to the above-described Email.

On the 23rd day of March, 2010, Deponent received an email from mailer-daemon@mail5.paulhastings.com, which notified Deponent that the Email had been successfully relayed to the email address that Defendant had previously used to communicate with Plaintiff.

                                                Eugene Lee

Sworn to before me this
24th day of March, 2010

_____
Notary Public

**LESLIE S. ROSE**
**Notary Public, State of New York**
**No. 60-4994544**
**Qualified in Westchester County**
**Commission Expires April 6, 2011**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREDICTION COMPANY LLC,

                    Plaintiff,

    - against -

ABHISHEK RAJGARHIA

                    Defendant.

Civil Action No. 09 CV 7459 (SAS)

**AFFIDAVIT OF SERVICE**

FRANK N. DAGOSTINO, being duly sworn, deposes and says:

I am over the age of eighteen years, reside in Jersey City, New Jersey and am not a party to this action. On the 23rd day of March, 2010, Deponent served a true and correct copy of the documents described as Summons and Complaint and Judge Shira A. Scheindlin's Memorandum and Order dated March 22, 2010 directing service of the Summons and Complaint on Lance J. Gotko in the above entitled action by enclosing same in a properly addressed postpaid certified mail return receipt requested and depositing same in an official depository maintained by the United States Postal Service within New York State as addressed below:

    Friedman Kaplan Seiler & Adelman LLP
    1633 Broadway
    New York, NY 10019
    Attn. Lance J. Gotko, Esq.

the address designated by them for this purpose.

                                              Frank N. Dagostino

Sworn to before me this
24th day of March, 2010

    Notary Public

DENNIS CAIRNS
Notary Public, State of New York
No. 01CA6114237
Qualified in Queens County
Commission Expires August 9, 2012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Prediction Company LLC

V.

Abhishek Rajgarhia

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 09 CV 7459

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

Mr. Abhishek Rajgarhia
99 John Street, Apt. 1407
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Victoria A. Cundiff, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         AUG 25 2009

CLERK  *[signature: Catherine Lapsley]*                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                     Date                               *Signature of Server*

                                                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.