USDC S.
DOCUM
ELECT
DOC #: _____
DATE FILED: 5/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prediction Company LLC,

                Plaintiff,

      - against -

Abhishek Rajgarhia,

                Defendant.

**ORDER**

Case No. 09-Civ 7459 (SAS)

The fully submit date for the Motion to Dismiss of Defendant Abhishek Rajgarhia in the above case, presently scheduled as May 20, 2010, is adjourned to May 21, 2010.

Dated: May 18, 2010
New York, New York

SO ORDERED:

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE